UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AUREL SMITH,<br><br>    Plaintiff,<br><br>  v.<br><br>KENNETH PERLMAN, Deputy Commissioner of Programs, NYS Department of Correctional Services, MARK LEONARD, Director of Ministerial Services, NYS Department of Correctional Services, DANIEL MARTUSCELLO, Superintendent of Coxsackie Correctional Facility, R. SHANLEY, Captain, Acting Deputy Superintendent of Security at Coxsackie Correctional Facility, JEFFREY A. HALE, HARRY S. GRAHAM, Superintendent of Auburn Correctional Facility, G. ROBINSON, Deputy Superintendent of Auburn Correctional Facility, SALTSMAN, Correctional Officer, Coxsackie Correctional Facility, MR. J. ADAMS, Correctional Officer, Coxsackie Correctional Facility,<br><br>    Defendants. | 9:11-CV-00020-MAD-CFH |

## NOTICE OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter the appearance of David S. Lesser, associated with the law firm of Wilmer Cutler Pickering Hale & Dorr LLP, as *pro bono* trial counsel for plaintiff Aurel Smith.

I hereby certify that I am an attorney admitted to practice in this Court.

DATED:  New York, NY
          September 21, 2016

                                              */s/ David S. Lesser*
                                              David S. Lesser
                                              N.D.N.Y. Bar Roll No. 520246
                                              WILMER CUTLER PICKERING
                                                 HALE AND DORR LLP
                                              7 World Trade Center
                                              250 Greenwich Street
                                              New York, NY 10007
                                              Telephone: (212) 230 8851
                                              Facsimile: (212) 230 8888
                                              E-mail: david.lesser@wilmerhale.com

**CERTIFICATE OF SERVICE**

I CERTIFY that on the 21st day of September, 2016, I mailed the foregoing via regular mail to defendants' counsel at the following address:

Bruce Boivin
Office of the Attorney General
The Capitol
Albany, NY 12224-0341

Kevin M. Hayden
SUNY - ESF
1 Forestry Drive
Syracuse, NY 13202

*/s/ David S. Lesser*_____
David S. Lesser
