UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AUREL SMITH,<br><br>        **Plaintiff,**<br><br>        v.<br><br>KENNETH PERLMAN, Deputy Commissioner of Programs, NYS Department of Correctional Services, MARK LEONARD, Director of Ministerial Services, NYS Department of Correctional Services, DANIEL MARTUSCELLO, Superintendent of Coxsackie Correctional Facility, R. SHANLEY, Captain, Acting Deputy Superintendent of Security at Coxsackie Correctional Facility, JEFFREY A. HALE, HARRY S. GRAHAM, Superintendent of Auburn Correctional Facility, G. ROBINSON, Deputy Superintendent of Auburn Correctional Facility, SALTSMAN, Correctional Officer, Coxsackie Correctional Facility, MR. J. ADAMS, Correctional Officer, Coxsackie Correctional Facility,<br><br>        **Defendants.** | 9:11-CV-00020-MAD-CFH |

## NOTICE OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter the appearance of Colin Reardon, associated with the law firm of Wilmer Cutler Pickering Hale & Dorr LLP, as *pro bono* trial counsel for plaintiff Aurel Smith.

I hereby certify that I am an attorney admitted to practice in this Court.

DATED:  New York, NY
          September 21, 2016

                                        */s/ Colin Reardon*
                                        Colin Reardon
                                        N.D.N.Y. Bar Roll No. 520245
                                        WILMER CUTLER PICKERING
                                           HALE AND DORR LLP
                                        7 World Trade Center
                                        250 Greenwich Street
                                        New York, NY 10007
                                        Telephone: (212) 295 6406
                                        Facsimile: (212) 230 8888
                                        E-mail: colin.reardon@wilmerhale.com

**CERTIFICATE OF SERVICE**

  I CERTIFY that on the 21st day of September, 2016, I mailed the foregoing via regular mail to defendants' counsel at the following address:

  Bruce Boivin
  Office of the Attorney General
  The Capitol
  Albany, NY 12224-0341

  Kevin M. Hayden
  SUNY - ESF
  1 Forestry Drive
  Syracuse, NY 13202

              */s/ Colin Reardon*
              Colin Reardon