UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AUREL SMITH,<br><br>   Plaintiff,<br><br>  v.<br><br>KENNETH PERLMAN, Deputy Commissioner of Programs, NYS Department of Correctional Services, MARK LEONARD, Director of Ministerial Services, NYS Department of Correctional Services, DANIEL MARTUSCELLO, Superintendent of Coxsackie Correctional Facility, R. SHANLEY, Captain, Acting Deputy Superintendent of Security at Coxsackie Correctional Facility, JEFFREY A. HALE, HARRY S. GRAHAM, Superintendent of Auburn Correctional Facility, G. ROBINSON, Deputy Superintendent of Auburn Correctional Facility, SALTSMAN, Correctional Officer, Coxsackie Correctional Facility, MR. J. ADAMS, Correctional Officer, Coxsackie Correctional Facility,<br><br>   Defendants. | 9:11-CV-00020-<br>MAD-CFH |

## NOTICE OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter the appearance of Jenny R. A. Pelaez, associated with the law firm of Wilmer Cutler Pickering Hale & Dorr LLP, as *pro bono* trial counsel for plaintiff Aurel Smith.

I hereby certify that I am an attorney admitted to practice in this Court.

DATED:  New York, NY
           September 21, 2016

                                               */s/ Jenny R. A. Pelaez*_____
                                               Jenny R. A. Pelaez
                                               N.D.N.Y. Bar Roll No. 520247
                                               WILMER CUTLER PICKERING
                                                  HALE AND DORR LLP
                                               7 World Trade Center
                                               250 Greenwich Street
                                               New York, NY 10007
                                               Telephone: (212) 295 6409
                                               Facsimile: (212) 230 8888
                                               E-mail: jenny.pelaez@wilmerhale.com

**CERTIFICATE OF SERVICE**

I CERTIFY that on the 21st day of September, 2016, I mailed the foregoing via regular mail to defendants' counsel at the following address:

Bruce Boivin
Office of the Attorney General
The Capitol
Albany, NY 12224-0341

Kevin M. Hayden
SUNY - ESF
1 Forestry Drive
Syracuse, NY 13202

*/s/ Jenny R. A. Pelaez*_____
Jenny R. A. Pelaez
