# WILMERHALE

September 21, 2016

**Colin Reardon**

+1 212 295 6406 (t)
+1 212 230 8888 (f)
colin.reardon@wilmerhale.com

By ECF

Hon. Mae A. D'Agostino
United States District Court
Northern District of New York
James T. Foley U.S. Courthouse
445 Broadway, Room 441
Albany, NY 12207

Re:  *Smith v. Perlman*, No. 9:11-cv-20 (MAD/CFH) (N.D.N.Y.)

Dear Judge D'Agostino:

I write in response to the Court's September 8, 2016 letter to Plaintiff Aurel Smith.  My firm represented Plaintiff *pro bono* in his appeal to the U.S. Court of Appeals for the Second Circuit, and has recently been retained by Plaintiff to represent him *pro bono* on remand to this Court.  My colleagues David Lesser, Jenny Pelaez, and I filed notices of appearance today.

We are in the process of conferring with Defendants' counsel regarding scheduling and other matters.  Absent contrary direction from the Court, we expect to submit a status report next week with a proposal for how to proceed and identifying areas of disagreement, if any.  We are of course also available for a status conference should the Court wish.

Sincerely,

Colin Reardon
*Attorney for Plaintiff Aurel Smith*

cc:   Bruce Boivin (via e-mail)
      Kevin Hayden (via regular mail)