

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ERIC T. SCHNEIDERMAN                                                                                                    STATE COUNSEL DIVISION
Attorney General                                                                                                                            Litigation Bureau

Writer Direct:  (518) 776-2622

November 2, 2016

Hon. Christian F. Hummel
United States Magistrate Judge
United States District Court
Northern District of New York
James T. Foley U.S. Courthouse
445 Broadway, Room 441
Albany, NY 12207

Re:    *Smith v. Perlman*
        9:11-CV-0020 (MAD)(CFH)

Dear Magistrate Hummel:

    Please accept this letter as my notice of appearance on behalf of defendants in this matter.  Mr. Kevin Hayden will no longer be assigned to this matter and the defense of this case for defendants has been transferred to me.  If any questions or concerns arise regarding this filing or any matter concerning this case, please to not hesitate to contact me at any time.

                                                        Respectfully yours,
                                                         /s/ *Keith J. Starlin*
                                                        Keith J. Starlin, A.A.G.
                                                        Bar Roll No.:  105187
                                                           Appearing for Defendants
                                                        Office of the Attorney General, Litigation Bureau
                                                        The Capitol
                                                        Albany, New York 12224-0341
                                                        Phone: (518) 776-2622
                                                        Email:  keith.starlin@ag.ny.gov

Page 2
November 2, 2016

cc:     Colin Reardon
        Wilmer Cutler Pickering Hale & Dorr LLP - NY Office
        7 World Trade Center
        250 Greenwich Street
        New York, NY 10007