# WILMERHALE

December 30, 2016

**Colin Reardon**

+1 212 295 6406 (t)
+1 212 230 8888 (f)
colin.reardon@wilmerhale.com

**By ECF**

Hon. Mae A. D'Agostino
United States District Court
Northern District of New York
James T. Foley U.S. Courthouse
445 Broadway, Room 441
Albany, NY 12207

Re: *Smith v. Perlman*, No. 9:11-cv-20 (MAD/CFH) (N.D.N.Y.)

Dear Judge D'Agostino:

As of today, I will no longer be employed by Wilmer Cutler Pickering Hale and Dorr LLP ("WilmerHale"). Please take notice that I withdraw as *pro bono* counsel for Plaintiff Aurel Smith in the above-captioned matter. Other attorneys from WilmerHale will continue as counsel for Mr. Smith.

Respectfully submitted,

Colin Reardon
*Attorney for Plaintiff Aurel Smith*

cc: Keith J. Starlin (via ECF)

Wilmer Cutler Pickering Hale and Dorr LLP, 7 World Trade Center, 250 Greenwich Street, New York, New York 10007
Beijing    Berlin    Boston    Brussels    Denver    Frankfurt    London    Los Angeles    New York    Palo Alto    Washington